**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CRIMINAL NO. 02-30066-03-GPM |
| **DONNELL WEBB,** | ) |
| **Defendant,** | ) |
| **and** | ) |
| **VILLAGE OF BROOKLYN,** | ) |
| **Garnishee.** | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

A Writ of Continuing Garnishment, directed to Garnishee, has been issued and served upon Defendant and Garnishee. As of October 31, 2008, the balance due on the judgment entered against Defendant was $26,135.95, including costs and interest. Pursuant to the Writ of Continuing Garnishment, Garnishee filed an Answer on January 29, 2009, stating that it has in its possession or under its control personal property belonging to and due Defendant and that Garnishee is indebted to Defendant for wages as they become due and payable.

Having been served with the Writ on November 17, 2008, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of Defendant's net wages and continue said payments until the debt is paid in full or until Garnishee no longer has custody, possession, or

control of any property belonging to Defendant, or until further order of this Court. All payments are to be made payable to the Clerk of the District Court and mailed to Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

DATED: 02/09/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge